In the Matter of NATIONAL CITY BANK OF NEW YORK et al., Appellants; NATIONAL SURETY CORPORATION, Respondent.

Argued May 20, 1937; decided June 8, 1937.

*E. Lacy Finnan, Samuel Wechsler* and *Benjamin F. Tracy* for appellants.

*Leo T. Kissam, J. Francis Hayden, Henry W. Nichols* and *Alexander Foster, Jr.,* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., HUBBS, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN, O'BRIEN and RIPPEY, JJ.